THAYER MERCANTILE COMPANY, INCORPORATED, A COR-
PORATION, APPELLANT, v. FIRST NATIONAL BANK
OF MILLTOWN. A CORPORATION, ET AL., RESPOND-
ENTS.

Submitted March 26, 1923—Decided May 10, 1923.

On appeal from the Supreme Court, whose opinion is re-
ported *ante p.* 29.

For the appellant, *Harry Green.*

For the respondents, *Fred W. De Voe* and *Frederick F.
Richardson.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Chief
Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BERGEN,
MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPEN-
HEIMER, GARDNER, VAN BUSKIRK, JJ. 11.

*For reversal*—None.